88Colleen A. Snyder (SB No. 274064)
colleen@snydershaw.com
Daniel R. Shaw (SB No. 281387)
daniel@snydershaw.com
Snyder & Shaw LLP
3196 S. Higuera St. Suite E
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.R.S., a minor, by and through her guardian ad litem, A.S.,<br><br>Plaintiff,<br><br>v.<br><br>TWIN RIVERS UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. 2:23-cv-01282-MCE-JDP<br><br>**ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

On June 30, 2023, A.S., parent and proposed guardian ad litem of N.R.S., a minor, filed an action against the Defendant Twin Rivers Unified School District ("the District"), alleging violations of the Individuals with Disabilities in Education Act. On July 24, 2023, Plaintiff filed an Amended Petition to appoint her mother, Angeles Soberanes, as guardian ad litem.

"To maintain a suit in a federal court, a child or mental incompetent must be represented by a competent adult." *Doe ex rel. Sisco v. Weed Union Elementary School Dist.*, 2:13-cv-01145, 2013 WL 2666024 at *1 (E.D. Cal. June 12, 2013).

-1-

Federal Rule of Civil Procedure 17(c) governs the appearance of minors and incompetent persons in federal court.  Rule 17(c)(1) prescribes: "The following representative may sue or defend of behalf of a minor or incompetent person: (A) a general guardian; (B) a committee; (C) a conservator; or (D) a like fiduciary."  Rule 17(c)(2) states that, "[a] minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem.  The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action."

      A court has broad discretion in ruling on a guardian ad litem application. *Basque v. Cty. of Placer*, 2017 U.S. Dist. LEXIS 117290 at *2 (E.D. Cal. July 26, 2017).  In general, a parent is presumed to act in his or her child's best interest.  See *Parham v. J.R.*, 442 U.S. 584, 604 (U.S. 1979).  Upon review, the Court finds Plaintiff's Petition to appoint Angeles Soberanes as her guardian ad litem should be granted.  Ms. Soberanes, as N.R.S.'s mother, is presumed to act in her best interest.

      Accordingly, IT IS ORDERED that:

1. Plaintiff's Amended Petition for Guardian ad Litem is GRANTED; and
2. Angeles Soberanes is hereby appointed as N.R.S.'s guardian ad litem.

IT IS SO ORDERED.

Dated: July 31, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE