Colleen A. Snyder (SB No. 274064)
colleen@snydershaw.com
Daniel R. Shaw (SB No. 281387)
daniel@snydershaw.com
Snyder & Shaw LLP
3196 S. Higuera St. Suite E
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030

Attorneys for Plaintiff

Marcella L. Gutierrez, SBN 214224
John Louis Chiappe, SBN 345981
Gutierrez, Perry & Villarreal, LLP
1610 R Street, Ste. 300
Sacramento, CA 95811
Telephone: (916) 546-7774
Email: marcy@gpvlaw.com
Email: johnlouis@gpvlaw.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| N.R.S., a minor, by and through her guardian ad litem, A.S.,<br><br>    Plaintiff,<br><br>    v.<br><br>TWIN RIVERS UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO. 2:23-cv-01282-MCE-JDP<br><br>**ORDER RE: BRIEFING SCHEDULE** |

On September 20, 2023, the Parties submitted a Joint Status Report with a proposed schedule for briefing and hearing to resolve this appeal.

Having considered the Parties' proposed dates, and the Court's calendar, the Court hereby sets the following schedule:

Plaintiff's Opening Brief shall be due by January 19, 2024.

Defendant's Opposition Brief shall be due by February 16, 2024.

Plaintiff's Reply Brief shall be due by March 1, 2024.

Hearing shall be set by the Court if the Court determines it is necessary.

IT IS SO ORDERED.

Dated: September 28, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE