1  Colleen Snyder (SBN 274064)
   colleen@snydershaw.com
2  Daniel R. Shaw (SBN 281387)
   daniel@snydershaw.com
3  Snyder & Shaw LLP
   3196 S. Higuera St. Suite E
4  San Luis Obispo, CA 93401
   Phone: (805) 439-4646
5  Facsimile: (805) 301-8030

6  Attorneys for Plaintiff

7  Marcella L. Gutierrez, SBN 214224
   John Louis Chiappe, SBN 345981
8  GUTIERREZ, PERRY & VILLARREAL, LLP
   1610 R St., Ste. 300
9  Sacramento, CA 95811
   Telephone: (916) 546-7774
10 Email: marcy@gpvlaw.com
   Email: johnlouis@gpvlaw.com
11
   Attorneys for Defendant
12

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| N.R.S., a minor, by and through her guardian ad litem A.S., <br><br> Plaintiff, <br><br> v. <br><br> TWIN RIVERS UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No. 2:23−CV−01282−MCE−JDP <br><br> **ORDER GRANTING JOINT REQUEST TO SEAL ADMINSTRATIVE RECORD** <br><br> Judge: Hon. Morrison C. England |

This matter arises under the Individuals with Disabilities Education Act ("IDEA"). The student, Plaintiff N.R.S., is currently fourteen years old and has been diagnosed with autism, Attention-Deficit/Hyperactivity Disorder ("ADHD"), and multiple learning disorders. Plaintiff is seeking judicial review of portions of the final administrative decision by the California Office of Administrative Hearings ("OAH") in the underlying due process hearing.

The administrative record is voluminous, containing 2,677 pages. Nearly all, if not all, of the documents in the administrative record are educational records which contain the minor child's name and other personally identifying information. These documents further contain highly sensitive and private information about the minor child's health, disabilities, intellectual functioning, and adaptive functioning. These documents include multiple psychological assessments, speech and language assessments, occupational therapy assessments, and behavioral assessments of the child.

The request to seal documents is controlled by Federal Rule of Civil Procedure 26(c). The Rule permits the Court to issue orders to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including . . . requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." The Court may seal the information from public view for good cause after balancing "the needs for discovery against the need for confidentiality.'" *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. Cal. 2010) (quoting *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002)).

In evaluating a request to seal, the Court considers the "public interest in understanding the judicial process and whether disclosure of the material could result in improper use of the material for scandalous or libelous purposes or infringement upon trade secrets." *Valley Broadcasting Co. v. United States District Court*, 798 F.2d 1289, 1294 (9th Cir. 1986).

The Parties have jointly requested the sealing of the administrative record. This Court finds that compelling reasons exist to seal the administrative record because it consists of private and sensitive educational and medical records of a child, which are protected from public disclosure under the IDEA, the Family Educational Rights and Privacy Act ("FERPA"), and California Education Code § 49076. The record has this information listed throughout making redaction impractical.

Accordingly, the parties' joint motion to seal the administrative record is GRANTED.

IT IS SO ORDERED.

Dated: October 19, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 2:23−CV−01282−MCE−JDP
Order Granting Joint Request to Seal Administrative Record

3